USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2024_



February 20, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York 10007

    Re:    Victoria Ingles v. Anna Heathcote *et al.* – Scheduling
            SDNY Case No. 23-CV-9807

Dear Judge Torres:

    This firm represents the Defendants in the above-captioned matter. We write jointly with counsel for Plaintiff to respectfully request a further adjournment of the deadline for the parties to file the joint letter and joint Case Management Plan and Scheduling Order (collectively the "Joint Plan").

    In contemplation that the parties would be proceeding with court-ordered mediation, on January 8, 2024 Your Honor extended the parties' deadline to file the Joint Plan from February 8, 2024 to the earlier of February 20, 2024 or seven (7) days following the mediation. (ECF Dkt. No. 15). The parties have now scheduled the mediation for March 12, 2024 and are engaged in settlement discussions in advance thereof.

    In order to conserve resources and focus on settlement efforts, the parties respectfully request that the Court further adjourn the deadline to file the Joint Plan to and including March 19, 2024 – *i.e.*, seven (7) days following the scheduled mediation. This is the parties' second request of this nature. This requested adjournment does not affect any other scheduled dates.

    We thank Your Honor for the Court's attention to this matter.

GRANTED.

SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge