UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTORIA INGLES,

                      **Plaintiff,**                      **23-CV-09807 (SN)**

       -against-                               **ORDER**

ANNA HEATHCOTE, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The parties were previously ordered to file their proposed settlement agreement and a joint letter by April 12, 2024, for the Court to review pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), and Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 332 (S.D.N.Y. 2012). To date, no such documents have been filed. By April 26, 2024, the parties shall file those documents. The parties' joint letter should explain the basis for the proposed settlement, and why it is fair and reasonable.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      April 17, 2024
                New York, New York