**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

VICTORIA INGLES,

                          **Plaintiff,**

            -against-

ANNA HEATHCOTE, et al.,

                       **Defendants.**

----------------------------------------------------------------X

**23-CV-09807 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties notified the Court that they reached a settlement in principle. On April 26, 2024, the parties submitted a proposed settlement agreement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015); ECF No. 26. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                          
SARAH NETBURN
United States Magistrate Judge

DATED:     April 29, 2024
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2024